O

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8

9

10

11  ADDIE M. MILLER,                               Case No. 2:13-cv-06144-ODW(SHx)

12                     Plaintiff,                  **ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL [6]**

      v.
13
     WALT DISNEY COMPANY CHANNEL
14   7 KABC; NBC4-NBC TELEMUNDO,
     LLC,
15
                      Defendants.
16

17        On September 27, 2013, Plaintiff Addie M. Miller filed a Request for

18  Appointment of Counsel under 28 U.S.C. § 1915(e).  (ECF No. 6.)  Since the Court

19  finds that Miller has not demonstrated the requisite "exceptional circumstances"

20  justifying appointing counsel, the Court **DENIES** Miller's request.

21        28 U.S.C. § 1915(e) provides that a district court "may request an attorney to

22  represent any person unable to afford counsel."  The Ninth Circuit has interpreted this

23  subsection to require the litigant to demonstrate "exceptional circumstances."

24  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  In assessing whether a

25  case meets this standard, a court must consider "'the likelihood of success on the

26  merits [and] the ability of the petition to articulate his claims *pro se* in light of the

27  complexity of the legal issues involved.'"  *Id.* (quoting *Weygandt v. Look*, 718 F.2d

28  / / /

1    952, 954 (9th Cir. 1983)).  A court must consider both factors together; neither factor

2    is dispositive.  *Wilborn*, 789 F.2d at 1331.

3          Miller avers that "there is a likelihood of success on the merits as pursuant to

4    F.R.C.P. Rule (b) [*sic*]."  (Request 2.)  She also indicates that she anticipates

5    encountering difficulty in taking depositions and other discovery matters.  (*Id.*)

6          The Court finds that neither factor weighs in favor of appointing counsel to

7    represent Miller.  It is an extremely early stage in the litigation to comment on the

8    legitimacy of Miller's allegations.  But it is undoubtedly difficult for any plaintiff to

9    successfully prove the elements of common-law fraud, since fraud requires proof of

10   defendant's intent to defraud the plaintiff.  *Robinson Helicopter Co., Inc. v. Dana*

11   *Corp.*, 34 Cal. 4th 979, 990 (2004).  And the difficulty Miller will likely encounter

12   does not render the case complex; rather, any difficulty stems from the underlying

13   facts and not the procedures required for litigating her case.

14         Neither does the need to conduct discovery weigh in favor of appointing

15   counsel.  As the Ninth Circuit explained,

16       Most actions require development of further facts during litigation and a

17       *pro se* litigant will seldom be in a position to investigate easily the facts

18       necessary to support the case.  If all that was required to establish

19       successfully the complexity of the relevant issues was a demonstration of

20       the need for development of further facts, practically all cases would

21       involve complex legal issues.

22   *Wilborn*, 789 F.2d at 1331 (footnote omitted) (denying request for appointment of

23   counsel).  The reality that Miller will have to conduct depositions and propound other

24   discovery requests therefore does not render her case any more complex than that of

25   any other pro se litigant.

26         The Court is mindful that litigating any case—especially pro se—is a trying

27   task.  Miller has a fundamental right to bring her claims to court.  But she does not

28   have a fundamental right to the appointment of counsel in her case.

1  The Court finds that Miller has not demonstrated that her case presents the

2  necessary "exceptional circumstances" justifying appointment of counsel under 28

3  U.S.C. § 1915(e).  The Court accordingly **DENIES** Miller's request.  (ECF No. 6.)

4  **IT IS SO ORDERED.**

5

6  September 30, 2013

7

8  _____

9  **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28